UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kwench Systems
International, LLC

v.

Uponor Wirsbo Company,

Civil No. 1:07-cv-221-JM

~~[PROPOSED]~~ AMENDED PRETRIAL ORDER (note trial date)

**TYPE OF TRIAL:** Jury

**TRACK ASSIGNMENT:**   Standard Plus

**MANDATORY DISCLOSURES (FED. R. CIV. P. 26(a)(1)):** Waived

**JOINDER OF ADDITIONAL PARTIES:**   May 15, 2008

**THIRD-PARTY ACTIONS:**   May 15, 2008

**DISPOSITIVE MOTIONS:**

Markman Hearing, Opening Briefs - July 22, 2008;
Rebuttal Briefs - August 13, 2008;
Hearing - August 28, 2008 or as determined by the Court;
Motions to Dismiss by April 1, 2008;
Summary Judgment Motions by March 13, 2009.

**AMENDMENT OF PLEADINGS:**

    Plaintiff:   May 15, 2008   Defendant: May 15, 2008

## DISCOVERY SCHEDULE

**DISCOVERY LIMITATIONS:**

**REQUESTS FOR ADMISSION:**      50 each

**INTERROGATORIES:**      25 each

**Dates of Disclosure of Experts and Experts' Written Reports:**

    **Plaintiff Opening:**      December 11, 2008
    **Defendant Opening:**      January 12, 2009
    **Rebuttal (Both Parties):** February 13, 2009

**DEPOSITIONS:** 10 each

**Completion of Discovery:** April 7, 2009

**Final Pretrial Statements Due:** Thirty (30) days before trial. (Due date for final pretrial statements and date and time for final pretrial will be included in the trial notice sent in advance of the definite trial date.)

**Trial Date:** July 20, 2009 or as determined by the Court.

**Estimated Length of Trial:**    5-7 days

    SO ORDERED.

Date: 11/18/08

James R. Muirhead
United States Magistrate Judge